**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: December 17, 2020**



_____
**Hon. G. Michael Halfenger**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN

---

In Re**:**

**ENGINEERED PROPULSION SYSTEMS, INC.**  Case No. 20-11957
                                        Chapter 11
           Debtor.

---

### ORDER APPROVING STIPULATION FOR ENTRY OF ORDER (1) MODIFYING THE FINAL ORDER: (I) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL; (II) AUTHORIZING THE DEBTOR TO OBTAIN SENIOR SECURED POSTPETITION (DIP) FINANCING; (III) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE CLAIM STATUS TO THE DIP LENDER; (IV) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES; AND (V) GRANTING RELATED RELIEF AND (2) APPROVING CERTAIN AMENDMENTS TO THE DIP DOCUMENTS

---

This matter coming to be heard on the motion of Engineered Propulsion Systems, Inc., the debtor herein ("Debtor") for Interim and Final Orders: (I) Authorizing the Debtor to Use Cash Collateral; (II) Authorizing the Debtor to Obtain Senior Secured Postpetition (DIP) Financing; (III) Granting Liens and Superpriority

Administrative Claim Status to the DIP Lender; (IV) Granting Adequate Protection to the Prepetition Secured Parties; (IV) Granting Related Relief; and (VI) Scheduling a Final Hearing and Establishing Notice Requirements for a Final Hearing [Docket No. 5] (the "DIP Motion"); and all parties having received due notice and this Court being fully advised; and on September 8, 2020 this Court having entered the Final Order: (I) Authorizing the Debtor to Use Cash Collateral; (II) Authorizing the Debtor to Obtain Senior Secured Postpetition (DIP) Financing; (III) Granting Liens and Superpriority Administrative Claim Status to the DIP Lender; (IV) Granting Adequate Protection to the Prepetition Secured Parties; and (IV) Granting Related Relief approving debtor-in-possession financing in the original amount of $2.5 million (the "September 8 Order") [Docket No. 124]; and the Debtor and EPS Engineered Propulsion Systems, Inc., as the DIP lender (the "Lender"), having entered into the Stipulation for Entry of Order (1) Modifying the Final Order: Authorizing the Debtor to Use Cash Collateral; (II) Authorizing the Debtor to Obtain Senior Secured Postpetition (DIP) Financing; (III) Granting Liens and Superpriority Administrative Claim Status to the DIP Lender; (IV) Granting Adequate Protection to the Prepetition Secured Parties; and (IV) Granting Related Relief, pursuant to which the Debtor and the Lender agreed to certain amendments, modifications and/or supplements to the DIP Documents (the "Stipulation") [Docket No. 232]; therefore,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is hereby approved;

2. The September 8 Order, is hereby amended, at Paragraph 3, line 6, by changing "$2,500,000" to "$5,000,000", and by making such amendment to the September 8 Order effective as of December 1, 2020; and

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###