# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br><br>   ENGINEERED PROPULSION<br>   SYSTEMS, INC.,<br><br>       Debtor. | Case No. 20-11957-gmh<br>Chapter 11 |

## FIRST INTERIM APPLICATION OF PATTERSON THUENTE PEDERSON, P.A. AS INTELLECTUAL PROPERTY SPECIAL COUNSEL TO ENGINEERED PROPULSION SYSTEMS, INC., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE FIRST INTERIM PERIOD OF SEPTEMBER 1, 2020, THROUGH AND INCLUDING MARCH 16, 2021

Patterson Thuente Pedersen P.A. ("Patterson Thuente"), intellectual property special counsel for Engineered Propulsion Systems, Inc., the debtor-in-possession herein (the "Debtor"), hereby applies to the Court for an order pursuant to 11 U.S.C. §§ 330 and 331 and alternatively under § 503 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, authorizing interim payment to Patterson Thuente for reasonable compensation for professional legal services rendered as intellectual property "Special Counsel" to the Debtor from September 1, 2020 to January 20, 2021 (the "Pre-Employment Period") in the amount of $8,222.50 for legal services, and from January 21, 2021 through March 16, 2021 (the "Post-Employment Period") in the amount of and $1,035.00 for legal services,  for a total for legal services of $9,257.50, and reimbursement of patent maintenance and renewal expenses (the "Patent Expenses") in the amount of $15,334.99 paid pursuant to the Debtor's authorized DIP Budget during the Pre-Employment Period, and $3,574.87 for Patent Expenses paid pursuant to the Debtor's authorized DIP Budget during the Post-Employment Period, for a total amount for Patent Expenses of $18,909.86

In total, Patterson Thuente requests reimbursement in the total amount of $28,167.36 which represents legal services of $9,257.50, and Patent Expenses of $18,909.86 for the first interim period of September 1, 2020, through and including March 16, 2021 (the "First Interim Period").[1]

## BACKGROUND

1.      On July 29, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code ("Bankruptcy Code").

2.      Since that time, the Debtor has remained in possession of its property and is operating its business as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      No trustee, examiner, or committee of unsecured creditors has been appointed in this Chapter 11 case.

4.      The Debtor continues to operate its business primarily as a research and development company developing diesel aircraft engines.

5.      On January 21, 2021, the Debtor filed its Application of Engineered Propulsion Systems, Inc. to Employ Patterson Thuente Pedersen, P.A. as Intellectual Property Counsel (the "Application"). [Dkt. 245]

6.      On February 16, 2021, the Debtor filed its Supplement to Application to Employ Patterson Thuente Pedersen, P.A. as Intellectual Property Counsel & Response to Objection Filed by the United States Trustee ("Supplement and Response") [Dkt. 260], and Patterson Thuente filed two separate Declarations from Susan D. Sutton in support of the Debtor's Application to Employ

---

[1] If the Court does not authorize the Pre-Employment Period Legal Fees and Patent Expenses under 11 U.S.C. § 330, the Applicant alternatively moves for relief authorizing the Pre-Employment Period Legal Fees and Patent Expenses as Administrative Claims under 11 U.S.C. § 503(b)(1)(A) as these Legal Fees and Patent Expenses preserved the bankruptcy estate's patents which generated value for the subsequent sale of the estate's assets. Consequently, the requested legal fees and Patent Expenses benefitted the estate.

Patterson Thuente Pedersen, P.A. as Special Counsel.  [Dkt. Nos. 259 & 271] Subsequently, the

United States Trustee withdrew its objection to the Application to Employ Patterson Thuente. [Dkt.

273]

7.      The Court scheduled a hearing on the Application to examine whether the relief

requested conformed to the Bankruptcy Code and the governing precedent. [Dkt. 274]  The Debtor

then filed its Second Supplement to Application to Employ Patterson Thuente Pedersen, P.A. As

Intellectual Property Counsel to The Debtor with three declarations in support. [Dkt. 280]

Patterson Thuente incorporates herein by reference the Second Supplement to Application to

Employ filed by the Debtor specifically, the arguments made by the Debtor which allow the Court

to grant retroactive approval if the Debtor demonstrates excusable neglect caused or contributed

to the delay of filing the Application.

8.      The Second Supplement to Application to Employ Patterson Thuente was granted

in part and denied in part pursuant to the Order on Application of Engineered Propulsion Systems,

Inc. to Employ Patterson Thuente Pedersen, P.A. as Intellectual Property Counsel, signed and

entered by this Court on March 31, 2021 (the "Retention Order").  [Dkt. 296]

9.      Pursuant to the Retention Order, Patterson Thuente is authorized to represent the

Debtor, effective January 21, 2021, and to be compensated as allowed by the Court upon

application.  The Court further stated that the Retention Order did not foreclose the Debtor or

Patterson Thuente from:

> contending that fees previously paid constitute ordinary course
> business expenses or that fees incurred before January 21, 2021,
> may be awarded because the debtor's   failure to seek approval of
> Patterson's employment was the result of excusable neglect; thus,
> this order does not constrain Patterson from applying for approval
> and payment of any fees to which it believes it is entitled and for
> which approval is required.

[Dkt. 296 ¶ 4]

10.    All services for which compensation is requested by Patterson Thuente in this application were performed for or on behalf of the Debtor.

**SUMMARY OF SERVICES RENDERED FOR FIRST INTERIM FEE PERIOD**

11.    Attached hereto and incorporated herein as <u>Exhibit A</u> are itemized billing statements of fees and expenses incurred by Patterson Thuente during the First Interim Period in the total amount of $28,167.36, consisting of $9,257.50 in attorneys' fees and $18,909.86 in Patent Expenses.[2]

12.    Patterson Thuente rendered intellectual property services for, and on behalf of, the Debtor that allowed the Debtor to maintain its existing patents throughout the world and thereby conferring a substantial benefit to the Debtor. In summary, Patterson Thuente primarily rendered the following professional services, among others, on behalf of the Debtor in connection with this proceeding during the First Interim Period:

<u>Professional Services Rendered</u>

A.    <u>Communication to client indicating deadline for payment of maintenance/annuity fee</u>. Patterson maintains a complete worldwide patent database and tracking system for the Debtor which among other things includes notifying the Debtor of all upcoming Patent Maintenance and Patent Renewal Fees for both the United States Patent and Trade Office as well as International Patent Offices for the following "Patent Applications" it is handling for the Debtors:

   i.    Engine with Hybrid CrankCase Patent Applications 11/879,011;

   ii.    Aero Compression Combustion Drive Assembly Control System Patent application 13/946,576; 16/827,142; 2012318370; 1120140083088; 2,853,748; 201280060010.3; ref #3957.02WOCNO2; 15102898.2; 12838031.8; 2014117700;

   iii.    Aero Diesel Engine Patent Application 2012322066; 1120140090386; 2,854,230; 201280061293.3; 2839362.6; 2014118576; and

---

[2] To assist the Court, Patterson Thuente also attaches spreadsheets which accurately summarize the invoices by Pre-Employment and Post-Employment periods.

        iv.     Enhanced Aero Diesel Engine Patent Application 1120200013048;
                 3,070,483; 18835228.0; 202017007206;

B.    <u>Review portfolio.</u>

C.    <u>Prepare and file responses.</u>

D.    <u>Prepare and file patents in foreign country.</u>

E.    <u>Review issued foreign country patent.</u>

13.    In addition, Patterson Thuente advances all the patent fees to the various Patent Offices in these general categories, instead of asking its clients, including the Debtor, to pay such fees directly:

        Patent & Trademark Office filing fees.
        Patent Maintenance/Annuity fees.
        Patent Renewal Fee.
        Patent International Associate charge.

## VALUATION OF SERVICES

14.    Attorneys and paraprofessionals of Patterson Thuente have expended 8.1 hours recorded as billable hours ($2,407.50) in connection with this matter and charged the Debtor twenty-three (23) "fixed fees" totaling $5,815.00, during the Pre-Employment Period for:

        "communication to client indicating deadline for payment of maintenance fee; attend to payment of maintenance fee; review and update docket re: same"

15.    These legal services performed during the Pre-Employment Period are further described in the spreadsheet attached hereto and incorporated herein as <u>Exhibit A</u>.  Included in the Summary attached as <u>Exhibit B</u> are Patterson Thuente's normal hourly rates of compensation for work of this nature and fixed fee rates.  The reasonable value of services rendered by Patterson Thuente for the First Interim Fee Period for the Pre-Employment period as counsel for the Debtor in this case is $8,222.50.

16.     Attorneys and paraprofessionals of Patterson Thuente have expended 0.00 in billable hours ($0.00) in connection with this matter during the Post-Employment Period and charged the Debtor four "fixed fees" totaling $1,035.00 for "communication to client indicating deadline for payment of maintenance fee; attend to payment of maintenance fee; review and update docket re same;" during the Post-Employment Period as fully set forth in the Summary attached hereto and incorporated herein as <u>Exhibit B.</u>  Included in the Summary are Patterson Thuente's normal hourly rates of compensation for work of this nature.  The reasonable value of services rendered by Patterson Thuente for the First Interim Fee Period for the Post-Employment period as counsel for the Debtor in this case is $1,035.00.  Patterson Thuente rendered valuable professional services to, for, and on behalf of the Debtor which continues to provide substantial benefits to the bankruptcy estate.  The services rendered by Patterson Thuente include, but are not limited to, the following:  maintain portfolio of patent deadlines, both nationally and internationally; monitor communications from patent offices; respond to communications from patent offices; process maintenance fees charged by patent offices.

17.     In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

18.     This Application covers the First Interim Fee Period from September 1, 2020, through March 16, 2021.

19.     No compensation has been shared by Patterson Thuente with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case except

that Patterson Thuente contracts with third-party International Associates who perform patent work in foreign jurisdictions, filing and prosecuting patents through issuance (granting), and also attending to annuity/renewal fees. Patterson Thuente's relationships with these third-party International Associates are important to the prosecution of the Debtor's foreign patents, and also for Patterson Thuente's other clients. Accordingly, it is paramount that Patterson Thuente ensure that such International Associates are timely paid, and Patterson Thuente's standard practice has been to be billed by these International Associates directly, rather than having their invoices forwarded directly to Patterson Thuente's clients. The identities of these International Associates is disclosed in the February 16, 2021 Declaration of Susan D. Sutton [Dkt. 259 ¶ 27].

20.    The source of compensation sought for the reimbursement of the Patent Expenses is from the funds in the Debtor's operating budgets approved as part of the DIP Financing previously authorized by this Court.

### TAKING INTO ACCOUNT ALL THE RELEVANT CIRCUMSTANCES SURROUNDING THE DELAY IN FILING, THE APPLICATION WARRANTS "POST-FACTO" APPROVAL OF THE PRE-EMPLOYMENT LEGAL FEES, AS THE DELAY WAS DUE TO EXCUSABLE NEGLECT

21.    The business activities undertaken by Patterson Thuente and approved in the DIP financing budget(s), and as further disclosed in the Monthly Operating Reports, were largely not "legal services" in the ordinary sense, but rather were ordinary course business expenses paid to the United States Patent and Trademark Office ("USPTO").  The professional services of Patterson amounting to $8,222.50 were not duplicative of any other work, were essential to the estate, and disproportionately benefited the estate when compared to the cost.

22.    The delay in filing an Application was, in part, due to Debtor's management's belief that the bulk of Patterson Thuente's charges were authorized (in the DIP budget) as those budgets included Patent maintenance costs (hereinafter "Patent Costs") and the small portion attributable

to attorney fees were akin to processing fees that could be approved post-facto. This belief was reasonable as the Debtor understood these were routine matters conducted in the ordinary course of maintaining the Debtor's IP assets. *See* Declaration of Michael J. Fuchs [Dkt. 280-3].

23.    The Debtor and the attorneys were living under the stress and obstacles of a global pandemic and the attorneys with the stress of practicing with remote contact and this reasonably delayed the processing of the Application. During the relevant time period, Eliza Reyes, counsel for the Debtor, also faced health concerns which delayed her administration of the Patterson Application. *See* Declaration of Eliza M. Reyes [Dkt. 280-1].

24.    Virginia George, counsel for the Debtor, interviewed and assisted the Debtor in developing its DIP budget and DIP financing motion and through these interviews attorney George understood from the Debtor that the bulk of the Patterson Thuente bill would be for payment of post-petition Patent Costs charged by the USPTO and other international patent offices to maintain United States and International Patents primarily for filing fees, search fees, examination fees, surcharge fees, extension fees and that the legal work would be de minimis and largely ministerial in nature. *See* Declaration of Virginia E. George [Dkt. 280-2].

25.    Attorney George believed these Patent Costs were the Debtor's ordinary course business expenses, were authorized and approved in the DIP budget and the DIP financing order and were likely not "professional services" necessitating pre- approval under 11 U.S.C. § 330 or §503. *See* Declarations of Virginia E. George and Michael J. Fuchs [Dkt. 280-2, 280-3, respectively]. Accordingly, the Patent Expenses were authorized to be paid by authority granted to the Debtor under the DIP Financing and Authorized Budgets as ordinary course business expenses. [Dkt. 73] Moreover, as the Debtor stated in its Second Application, the maintenance

of the patents was essential to the Debtor's operation and sale value "(indeed they are the primary assets in the case), and the Patterson services greatly benefited the estate." [Dkt. 280 at ¶ 26]

26.    The Applicant joins in the request made by the Debtor in its Second Application to approve Pre-Employment legal fees post-facto upon the finding of Debtor's excusable neglect or alternatively, if necessary, joins in the Debtor's request to authorize payment of the Pre-Employment Legal Services by the buyer as part of the sale price.

## NOTICE OF THIS APPLICATION TO THE DEBTOR

27.    Patterson Thuente certifies that it has provided a copy of this Application to the Debtor for its review and approval and represents to this Honorable Court that Steinhilber Swanson joins in the relief requested herein.  Patterson Thuente further certifies that it has provided to Debtor copies of the invoices attached hereto as Exhibit A for its review.

WHEREFORE, Patterson Thuente seeks approval of fees in the amount of $9,257.50 for legal services and reimbursement of Patent Expenses in the amount of $18,909.86, for a total amount due of $28,167.36, for the First Interim Period of September 1, 2020, through and including March 16, 2021.

Dated this 16th day of April 2021.

WINTHROP & WEINSTINE, P.A.

By:  *s/Cynthia L. Hegarty*
        Daniel C. Beck (MN #192053)
        Cynthia L. Hegarty (MN #0294627)
        (admitted pro hac vice)
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Tel: (612) 604 6570
Fax: (612) 604 6980
dbeck@winthrop.com
chegarty@winthrop.com

*Attorneys for Patterson Thuente Pedersen, P.A.*

21560799v1

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

In re:

ENGINEERED PROPULSION
SYSTEMS, INC.,

Debtor.

Case No. 20-11957-gmh
Chapter 11

## NOTICE OF FIRST INTERIM APPLICATION OF PATTERSON THUENTE PEDERSON, P.A. AS INTELLECTUAL PROPERTY SPECIAL COUNSEL TO ENGINEERED PROPULSION SYSTEMS, INC., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE FIRST INTERIM PERIOD OF SEPTEMBER 1, 2020, THROUGH AND INCLUDING MARCH 16, 2021

**PLEASE TAKE NOTICE** that Patterson Thuente Pedersen P.A. ("Patterson Thuente" or "Applicant"), intellectual property special counsel for Engineered Propulsion Systems, Inc., the debtor-in-possession herein ("Debtor"), filed with the Bankruptcy Court its First Interim Application of  Patterson Thuente Pedersen P.A. as  Intellectual Property Special Counsel to Engineered Propulsion Systems, Inc., for Allowance of Compensation and Reimbursement of Expenses Incurred for the First Interim Period of  September 1, 2020, through and Including March 16, 2021 ("Application"). The Application seeks allowance and payment of compensation in the amount of $28,167.36 including legal services of $9,257.50, and Patent Expenses of $18,909.86 for the first interim period of September 1, 2020, through and including March 16, 2021 (the "First Interim Period"), and authorization for the payment of the fees and expenses, in accordance with Title 11 of the United States Code, incurred by Patterson Thuente during the First Interim Period. A copy of the Application may be obtained upon written request sent to shandel@steinhilberswanson.com or at the address set forth below.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Patterson Thuente Application, or if you want the Court to consider your views on the matter, then no later than **21 days from the date of this Notice**, you or your attorney must:

1.       File with the Court a written objection at:

      Clerk of the U. S. Bankruptcy Court
      Eau Claire Division
      500 S. Barstow Street
      Eau Claire, WI 54701

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

2.       You must also mail a copy to:

Office of the U. S. Trustee          Cynthia Hegarty
780 Regent Street, Suite 304      Winthrop & Weinstine, P.A.
Madison, WI 53715           225 South Sixth Street, Suite 3500
                           Minneapolis, MN 55402

                           Virginia George
                           Steinhilber Swanson LLP
                           759 N. Milwaukee Street, Suite 305
                           Milwaukee, WI 53202

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an Order granting that relief.

Dated this 16th day of April 2021.                WINTHROP & WEINSTINE, P.A.

                                                  By:  *s/Cynthia L. Hegarty*
                                                      Daniel C. Beck (MN #192053)
                                                      Cynthia L. Hegarty (MN #0294627)
                                                      (admitted pro hac vice)
                                                  225 South Sixth Street, Suite 3500
                                                  Minneapolis, MN 55402
                                                  Tel: (612) 604 6570
                                                  Fax: (612) 604 6980
                                                  dbeck@winthrop.com
                                                  chegarty@winthrop.com

                                                  *Attorneys for Patterson Thuente Pedersen,
                                                  P.A.*

21558652v1

# Exhibit A

# Professional Services (9.1.20-1.20.2021)

| Reference (Invoice) Number | Date | Biller | Description | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 3957.000001 | 9/1/2020 | Patterson Thuente | Review Portfolio; Correspond with client | 1.5/$300 | $450.00 |
| 3957.02US04 | 9/3/2020 | Patterson Thuente | Prep & file Response to Notice to file Missing Parts | Fixed Fee | $185.00 |
| 3957.02WOEP | 9/14/2020 | Patterson Thuente | Response to EESR | 0.5/$425 | $212.50 |
| 3957.02WOEP | 9/14/2020 | Patterson Thuente | Prepare response to EESR | 5.6/$300 | $1,680.00 |
| 3957.07WOIN01 | 9/17/2020 | Patterson Thuente | Review international associate communication | 0.5/$130 | $65.00 |
| 3957.01US02 | 9/30/2020 | Patterson Thuente | Communication to client deadline payment | Fixed Fee | $315.00 |
| 3957.02US02 | 10/31/2020 | Patterson Thuente | Communication to client deadline payment | Fixed Fee | $315.00 |
| 3957.02WOAU | 10/31/2020 | Patterson Thuente | Communication to client deadline payment | Fixed Fee | $220.00 |
| 3957.02WOBR | 10/31/2020 | Patterson Thuente | Communication to client deadline payment | Fixed Fee | $220.00 |
| 3957.02WOCA | 10/31/2020 | Patterson Thuente | Communication to client deadline payment | Fixed Fee | $220.00 |
| 3957.02WOCNHK01 | 10/31/2020 | Patterson Thuente | Communication with client deadline payment | Fixed Fee | $220.00 |
| 3957.02WOEP | 10/31/2020 | Patterson Thuente | Communication with client deadline payment | Fixed Fee | $220.00 |
| 3957.02WORU | 10/31/2020 | Patterson Thuente | Communication with client deadline payment | Fixed Fee | $220.00 |
| 3957.03WOAU | 10/31/2020 | Patterson Thuente | Communication with client deadline payment | Fixed Fee | $220.00 |
| 3957.03WOBR | 10/31/2020 | Patterson Thuente | Communication with client deadline payment | Fixed Fee | $220.00 |
| 3957.03WOCA | 10/31/2020 | Patterson Thuente | Communication with client deadline payment | Fixed Fee | $220.00 |
| 3957.03WOCN | 10/31/2020 | Patterson Thuente | Communication with client deadline payment | Fixed Fee | $220.00 |
| 3957.03WOEPAT01 | 10/31/2020 | Patterson Thuente | Communication with client deadline payment | Fixed Fee | $220.00 |
| 3957.03WOEPCH01 | 10/31/2020 | Patterson Thuente | Communication with client deadline payment | Fixed Fee | $220.00 |
| 3957.03WOEPDE01 | 10/31/2020 | Patterson Thuente | Communication with client deadline payment | Fixed Fee | $220.00 |
| 3957.03WOEPFR01 | 10/31/2020 | Patterson Thuente | Communication with client deadline payment | Fixed Fee | $220.00 |
| 3957.03WOEPGB01 | 10/31/2020 | Patterson Thuente | Communication with client deadline payment | Fixed Fee | $220.00 |
| 3957.03WOEPIT01 | 10/31/2020 | Patterson Thuente | Communication with client deadline payment | Fixed Fee | $220.00 |
| 3957.03WORU | 10/31/2020 | Patterson Thuente | Communication to client deadline payment | Fixed Fee | $220.00 |
| 3957.02WOCN | 12/14/2020 | Patterson Thuente | Comm with client confirm completion of EP grant | 3.3/$0 | $0.00 |

| 3957.02US04 | 12/31/2020 | Patterson Thuente | Review published app. And forward to client | Fixed Fee | $155.00 |
| 3957.02WOCN02 | 1/12/2021 | Patterson Thuente | Prep Docs and send to file patent in foreign county | Fixed Fee | $895.00 |
| 3957.03WOCA | 1/12/2021 | Patterson Thuente | Review issued foreign country patent | Fixed Fee | $210.00 |
| | | | | | $8,222.50 |

# Disbursements (09.01.20-1.20.21)

| Reference (Invoice) Number | Date | Biller | Description | Amount |
|---|---|---|---|---|
| 3957.02US04 | 9/3/2020 | Patterson Thuente | P&TO search fee | $330.00 |
| 3957.02US04 | 9/3/2020 | Patterson Thuente | P&TO late filing fee | $80.00 |
| 3957.02US04 | 9/3/2020 | Patterson Thuente | P&TO basic filing fee | $75.00 |
| 3957.02US04 | 9/3/2020 | Patterson Thuente | P&TO exam. Of original app | $380.00 |
| 3957.02US04 | 9/3/2020 | Patterson Thuente | P&TO exten. For response with 3rd mtn | $700.00 |
| 3957.01US02 | 9/30/2020 | Patterson Thuente | Maintenance/Annuity Fee | $3,733.00 |
| 3957.02US02 | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $1,268.00 |
| 3957.02WOAU | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $379.43 |
| 3957.02WOBR | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $87.80 |
| 3957.02WOCA | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $215.13 |
| 3957.02WOCNHK01 | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $129.39 |
| 3957.02WOEP | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $1,772.15 |
| 3957.02WORU | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $144.83 |
| 3957.03WOAU | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $320.67 |
| 3957.03WOBR | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $87.80 |
| 3957.03WOCA | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $111.85 |
| 3957.03WOCN | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $359.01 |
| 3957.03WOEPAT01 | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $522.47 |
| 3957.03WOEPCH01 | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $268.86 |
| 3957.03WOEPDE01 | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $368.83 |
| 3957.03WOEPFR01 | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $235.76 |
| 3957.03WOEPGB01 | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $221.13 |
| 3957.03WOEPIT01 | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $274.47 |
| 3957.03WORU | 10/31/2020 | Patterson Thuente | Maintenance/Annuity Fee | $112.96 |
| 3957.03WOCA | 11/16/2020 | Patterson Thuente | International associate charge-attendance on the file | $410.95 |
| 3957.02WOCN | 12/22/2020 | Patterson Thuente | Gov. Fee of 9th Annuity and Stamp tax | $754.80 |
| 3957.02WOCN | 12/23/2020 | Patterson Thuente | Filing the subject app. Gov Fee for filing | $1,990.70 |
| | | | | $15,334.99 |

# Professional Services (1.21.21-03.16.21)

| Reference (Invoice) Number | Date | Biller | Description | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 3957.02WOCN02 | 1/27/2021 | Patterson Thuente | Request Examination | Fixed Fee | $375.00 |
| 3957.07WOBR01 | 1/31/2021 | Patterson Thuente | Communication to client deadline payment | Fixed Fee | $220.00 |
| 3957.07WOCA01 | 1/31/2021 | Patterson Thuente | Communication to client deadline payment | Fixed Fee | $220.00 |
| 3957.07WOEP01 | 1/31/2021 | Patterson Thuente | Communication to client deadline payment | Fixed Fee | $220.00 |
| | | | | | $1,035.00 |

# Disbursements (1.21.21-03.16.21)

| Reference (Invoice) Number | Date | Biller | Description | Amount |
|---|---|---|---|---|
| 3957.07WOBR01 | 1/31/2021 | Patterson Thuente | Renewal fee | $171.09 |
| 3957.07WOCA01 | 1/31/2021 | Patterson Thuente | Renewal fee | $250.43 |
| 3957.07WOEP01 | 1/31/2021 | Patterson Thuente | Renewal fee | $993.44 |
| 3957.02WOCN02 | 2/17/2021 | Patterson Thuente | International associate charge-draft letter | $713.50 |
| 3957.02WOEP | 2/25/2021 | Patterson Thuente | International associate charge-docketing response deadline | $438.41 |
| 3957.02WOEP | 3/16/2021 | Patterson Thuente | International associate charge-Receiving and considering response | $1,067.90 |
| | | | | $3,574.77 |

# Trust (09.01.20-01.20.21)

| Reference (Invoice) Number | Date | Biller | Form | Amount |
|---|---|---|---|---|
| 3957.02US04 | 9/3/2020 | Patterson Thuente | Wire | $1,750.00 |
| 3957.02WOEP | 9/16/2020 | Patterson Thuente | Wire | $3,700.00 |
| 3957.000001 | 9/30/2020 | Patterson Thuente | Wire | $467.00 |
| 3957.01US02 | 9/30/2020 | Patterson Thuente | Wire | $4,033.00 |
| 3957.000001 | 10/8/2020 | Patterson Thuente | Wire | $688.01 |
| 3957.02US02 | 10/8/2020 | Patterson Thuente | Wire | $1,133.00 |
| 3957.02WOAU | 10/8/2020 | Patterson Thuente | Wire | $419.99 |
| 3957.02WOBR | 10/8/2020 | Patterson Thuente | Wire | $315.26 |
| 3957.02WOCA | 10/8/2020 | Patterson Thuente | Wire | $310.36 |
| 3957.02WOCNHK01 | 10/8/2020 | Patterson Thuente | Wire | $336.42 |
| 3957.02WOEP | 10/8/2020 | Patterson Thuente | Wire | $1,864.03 |
| 3957.02WORU | 10/8/2020 | Patterson Thuente | Wire | $332.93 |
| 3957.03WOCA | 10/8/2020 | Patterson Thuente | Wire | $6,900.00 |
| 3957.07WOIN01 | 11/23/2020 | Patterson Thuente | Check | $350.00 |

| 3957.02WOCN | 11/30/2020 | Patterson Thuente | Check | $1,000.00 |
| 3957.02WOCN | 12/10/2020 | Patterson Thuente | A.C.H | $2,500.00 |
| | | | | $26,100.00 |

# Trust (1.21.21-03.16.21)

| Reference (Invoice) Number | Date | Biller | Form | Amount |
|---|---|---|---|---|
| 3957.02WOCN02 | 1/21/2021 | Patterson Thuente Pederson, P.A. | Check | $1,500.00 |
| 3957.07WOBR01 | 1/28/2021 | Patterson Thuente Pederson, P.A. | Wire | $379.39 |
| 3957.07WOCA01 | 1/28/2021 | Patterson Thuente Pederson, P.A. | Wire | $444.22 |
| 3957.07WOEP01 | 1/28/2021 | Patterson Thuente Pederson, P.A. | Wire | $954.79 |
| | | | | $3,278.40 |



PATTERSON THUENTE PEDERSEN, P.A.
4800 IDS Center    O: 612.349.5740
80 South 8th Street    T: 800.331.4537
Minneapolis, MN    F: 612.349.9266
55402-2100    www.ptslaw.com

Federal I.D. #: 41-1687657

March 16, 2021

Client Number: 3957

Engineered Propulsion Systems, Inc.
Michael J. Fuchs
156 High Street, Suite 100C
New Richmond, WI  54017

CURRENT BILLING SUMMARY
detailed invoices enclosed

| CURRENT INVOICES | SERVICES | DISBURSEMENTS | TOTAL |
|---|---|---|---|
| 3957.000001 - 93135 | 450.00 | 0.00 | 450.00 |
| 3957.01US02 - 93135 | 315.00 | 3,733.00 | 4,048.00 |
| 3957.02US02 - 93135 | 315.00 | 1,268.00 | 1,583.00 |
| 3957.02US04 - 93135 | 340.00 | 1,565.00 | 1,905.00 |
| 3957.02WOAU - 93135 | 220.00 | 379.43 | 599.43 |
| 3957.02WOBR - 93135 | 220.00 | 87.80 | 307.80 |
| 3957.02WOCA - 93135 | 220.00 | 215.13 | 435.13 |
| 3957.02WOCN - 93135 | 0.00 | 2,745.50 | 2,745.50 |
| 3957.02WOCN02 - 93135 | 1,270.00 | 713.50 | 1,983.50 |
| 3957.02WOCNHK01 - 93135 | 220.00 | 129.39 | 349.39 |
| 3957.02WOEP - 93135 | 2,112.50 | 3,278.56 | 5,391.06 |
| 3957.02WORU - 93135 | 220.00 | 144.83 | 364.83 |
| 3957.03WOAU - 93135 | 220.00 | 320.67 | 540.67 |
| 3957.03WOBR - 93135 | 220.00 | 87.80 | 307.80 |
| 3957.03WOCA - 93135 | 430.00 | 522.80 | 952.80 |
| 3957.03WOCN - 93135 | 220.00 | 359.01 | 579.01 |
| 3957.03WOEPAT01 - 93135 | 220.00 | 522.47 | 742.47 |
| 3957.03WOEPCH01 - 93135 | 220.00 | 268.86 | 488.86 |
| 3957.03WOEPDE01 - 93135 | 220.00 | 368.83 | 588.83 |
| 3957.03WOEPFR01 - 93135 | 220.00 | 235.76 | 455.76 |
| 3957.03WOEPGB01 - 93135 | 220.00 | 221.13 | 441.13 |
| 3957.03WOEPIT01 - 93135 | 220.00 | 274.47 | 494.47 |
| 3957.03WORU - 93135 | 220.00 | 112.96 | 332.96 |
| 3957.07WOBR01 - 93135 | 220.00 | 171.09 | 391.09 |
| 3957.07WOCA01 - 93135 | 220.00 | 250.43 | 470.43 |



| | | | |
|---|---|---|---|
| 3957.07WOEP01 - 93135 | 220.00 | 933.44 | 1,153.44 |
| 3957.07WOIN01 - 93135 | 65.00 | 0.00 | 65.00 |
| TOTAL CURRENT CHARGES | 9,257.50 | 18,909.86 | 28,167.36 |

**AMOUNT NOW DUE FOR CURRENT CHARGES:**    **28,167.36**

Remit payment to: Patterson Thuente Pedersen, P.A., 80 S 8th St, Ste 4800, Minneapolis, MN  55402
Via credit or debit card visit www.ptslaw.com/contact/
Please contact billing@ptslaw.com for ACH and wire instructions

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

---

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.000001 - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.000001

MISCELLANEOUS

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 9/1/2020 | CJH | Review portfolio; correspond with client re upcoming deadlines and due dates. | 1.5/$300 | 450.00 |
| | | Total Professional Services | | 450.00 |

| **Trust Account** | | | |
|---|---|---|---|
| | | Beginning Balance: | $0.00 |
| 09/30/2020 | Wire - Engeneered Propulsion - Retainer Conf #930200005 | | 467.00 |
| 10/08/2020 | Wire - Retainer Conf #1008200006 | | 688.01 |
| 02/22/2021 | Refund for funds received post-petition | | -688.01 |
| 02/22/2021 | Refund for funds received post-petition | | -467.00 |
| | | Ending Balance: | $0.00 |

| | |
|---|---|
| Total Professional Services and Disbursements | 450.00 |
| **Total Due for this Invoice** | 450.00 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.                                  Invoice Date: March 16, 2021
Client Number: 3957                                      Invoice Number: 3957.01US02 - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.01US02

Application No.: 11/879,011

ENGINE WITH HYBRID CRANKCASE

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 9/30/2020 | CJH | Communication to client indicating deadline for payment of maintenance fee; attend to payment of maintenance fee; review and update docket re same. | Fixed Fee | 315.00 |
| | | | Total Professional Services | 315.00 |

| **Disbursements** | | | |
|---|---|---|---|
| 9/30/2020 | Maintenance/Annuity Fee. | | 3,733.00 |
| | | Total Disbursements | 3,733.00 |

| **Trust Account** | | | |
|---|---|---|---|
| | | Beginning Balance: | $0.00 |
| 09/30/2020 | Wire - Engineered Propulsion - 11.5 year Maintenance Fee Conf #930200004 | | 4,033.00 |
| 02/22/2021 | Refund for funds received post-petition | | -4,033.00 |
| | | Ending Balance: | $0.00 |

| | | |
|---|---|---|
| Total Professional Services and Disbursements | | 4,048.00 |
| **Total Due for this Invoice** | | 4,048.00 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

---

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.02US02 - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.02US02

Application No.: 13/646,576

AERO COMPRESSION COMBUSTION DRIVE ASSEMBLY
CONTROL SYSTEM

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of maintenance fee; attend to payment of maintenance fee; review and update docket re same. | Fixed Fee | 315.00 |
| | | | Total Professional Services | 315.00 |

| **Disbursements** | | | |
|---|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | | 1,268.00 |
| | | Total Disbursements | 1,268.00 |

| **Trust Account** | | | |
|---|---|---|---|
| | | Beginning Balance: | $0.00 |
| 10/08/2020 | Wire - 3.5 yr. Maintenance fee Conf #1008200006 | | 1,133.00 |
| 02/22/2021 | Refund for funds received post-petition | | -1,133.00 |
| | | Ending Balance: | $0.00 |

| | | |
|---|---|---|
| Total Professional Services and Disbursements | | 1,583.00 |
| **Total Due for this Invoice** | | 1,583.00 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.                          Invoice Date: March 16, 2021
Client Number: 3957                          Invoice Number: 3957.02US04 - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.02US04

Application No.: 16/827,142

AERO COMPRESSION COMBUSTION DRIVE ASSEMBLY
CONTROL SYSTEM

| For Professional Services Rendered | | | Hours/Rate | Amount |
|---|---|---|---|---|
| 9/3/2020 | CJH | Prepare and file Response to Notice to File Missing Parts in Nonprovisional  patent application. | Fixed Fee | 185.00 |
| 12/31/2020 | CJH | Review published application and forward copy to client; update docket  records. | Fixed Fee | 155.00 |
| | | | Total Professional Services | 340.00 |

**Disbursements**

| | | |
|---|---|---|
| 9/3/2020 | Patent & Trademark Office  utility patent application search fee | 330.00 |
| 9/3/2020 | Patent & Trademark Office surcharge late filing fee search fee examination fee inventor's oath or declaration or application filed without at least one claim or by reference | 80.00 |
| 9/3/2020 | Patent & Trademark Office basic filing fee utility | 75.00 |
| 9/3/2020 | Patent & Trademark Office examination of original patent application | 380.00 |
| 9/3/2020 | Patent & Trademark Office extension for response within third month | 700.00 |
| | Total Disbursements | 1,565.00 |

**Trust Account**

| | | |
|---|---|---|
| | Beginning Balance: | $0.00 |
| 09/03/2020 | Wire - Engeneered Propulsion - Filing Fee Conf#0903200025 | 1,750.00 |
| 02/22/2021 | Refund for funds received post-petition | -1,750.00 |
| | Ending Balance: | $0.00 |

| | |
|---|---|
| Total Professional Services and Disbursements | 1,905.00 |
| **Total Due for this Invoice** | 1,905.00 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

| | |
|---|---|
| Engineered Propulsion Systems, Inc. | Invoice Date: March 16, 2021 |
| Client Number: 3957 | Invoice Number: 3957.02WOAU - 93135 |

This invoice contains charges through March 16, 2021

| | |
|---|---|
| Our Reference Number: 3957.02WOAU | Other Counsel Reference: P107983 |

Application No.: 2012318370

AERO COMPRESSION COMBUSTION DRIVE ASSEMBLY
CONTROL SYSTEM

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

**Disbursements**

| | | | |
|---|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | | 379.43 |
| | Total Disbursements | | 379.43 |

**Trust Account**

| | | | |
|---|---|---|---|
| | Beginning Balance: | | $0.00 |
| 10/08/2020 | Wire - Annuity Fee - Conf #1008200006 | | 419.99 |
| 02/22/2021 | Refund for funds received post-petition | | -419.99 |
| | Ending Balance: | | $0.00 |

| | |
|---|---|
| Total Professional Services and Disbursements | 599.43 |
| **Total Due for this Invoice** | 599.43 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.02WOBR - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.02WOBR

Application No.: 1120140083088

AERO COMPRESSION COMBUSTION DRIVE ASSEMBLY
CONTROL SYSTEM

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| | | | Total Professional Services | 220.00 |

**Disbursements**

| 10/31/2020 | Maintenance/Annuity Fee. | | 87.80 |
|---|---|---|---|
| | | Total Disbursements | 87.80 |

**Trust Account**

| | | Beginning Balance: | $0.00 |
|---|---|---|---|
| 10/08/2020 | Wire - Annuity Fee - Conf #1008200006 | | 315.26 |
| 02/22/2021 | Refund for funds received post-petition | | -315.26 |
| | | Ending Balance: | $0.00 |

| | Total Professional Services and Disbursements | 307.80 |
|---|---|---|
| | **Total Due for this Invoice** | 307.80 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.02WOCA - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.02WOCA

Other Counsel Reference: 057105-0001

Application No.: 2,853,748

AERO COMPRESSION COMBUSTION DRIVE ASSEMBLY
CONTROL SYSTEM

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

**Disbursements**

| | | | |
|---|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | | 215.13 |
| | Total Disbursements | | 215.13 |

**Trust Account**

| | | | |
|---|---|---|---|
| | Beginning Balance: | | $0.00 |
| 10/08/2020 | Wire - Annuity Fee - Conf #1008200006 | | 310.36 |
| 02/22/2021 | Refund for funds received post-petition | | -310.36 |
| | Ending Balance: | | $0.00 |

| | |
|---|---|
| Total Professional Services and Disbursements | 435.13 |
| **Total Due for this Invoice** | 435.13 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

---

Engineered Propulsion Systems, Inc.                          Invoice Date: March 16, 2021
Client Number: 3957                                  Invoice Number: 3957.02WOCN - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.02WOCN                 Other Counsel Reference: E96322/CN28196

Application No.: 201280060010.3

AERO COMPRESSION COMBUSTION DRIVE ASSEMBLY
CONTROL SYSTEM

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 12/14/2020 | CJH | Communication with client confirming completion of EP grant formalities including payment of grant and translation fees; discussion with client Re divisional application; provide detail divisional application filing instructions to CN Associate. | 3.3/$0 | No Charge |
| | | Total Professional Services | | 0.00 |

**Disbursements**

| | | | |
|---|---|---|---|
| 12/22/2020 | International associate charges for professional services rendered - Government Fee of the 9th Annuity and Stamp Tax. | | 754.80 |
| 12/23/2020 | International associate charges for professional services rendered - Filing the Subject application; Government Fee for Filing Divisional Application of Invention Application (Including Publication Fee). | | 1,990.70 |
| | Total Disbursements | | 2,745.50 |

**Trust Account**

| | | | |
|---|---|---|---|
| | | Beginning Balance: | $0.00 |
| 11/30/2020 | Check #277 - Retainer | | 1,000.00 |
| 12/10/2020 | ACH - Engineered ProPulsion | | 2,500.00 |
| 02/22/2021 | Refund for funds received post-petition | | -2,500.00 |
| 02/24/2021 | Refund for funds received post-petition | | -1,000.00 |
| | | Ending Balance: | $0.00 |
| | Total Professional Services and Disbursements | | 2,745.50 |
| | **Total Due for this Invoice** | | 2,745.50 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

---

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.02WOCN02 - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.02WOCN02

AERO COMPRESSION COMBUSTION DRIVE ASSEMBLY
CONTROL SYSTEM

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 1/12/2021 | CJH | Prepare documents and send with instructions to international associate to file Utility Model patent application in foreign country from U.S. priority documents; correspondence with foreign associate re filing of application; order drawings and certified copy of priority document; update docket records accordingly. | Fixed Fee | 895.00 |
| 1/27/2021 | CJH | Request examination; status review of related patent applications in other countries for new reference citations and associated Amendments; correspondence with foreign associate; update docket records. | Fixed Fee | 375.00 |
| | | Total Professional Services | | 1,270.00 |

| **Disbursements** | | | |
|---|---|---|---|
| 2/17/2021 | International associate charges for professional services rendered - draft a letter; reminder for Examination Request and Claim Amendment; file request for substantive Examination; payment of official fees. | | 713.50 |
| | Total Disbursements | | 713.50 |

| **Trust Account** | | |
|---|---|---|
| | Beginning Balance: | $0.00 |
| 01/21/2021 | Check # 349 - Request Examination Phase | 1,500.00 |
| 02/24/2021 | Refund for funds received post-petition | -1,500.00 |
| | Ending Balance: | $0.00 |

| | Total Professional Services and Disbursements | 1,983.50 |
|---|---|---|
| | **Total Due for this Invoice** | 1,983.50 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.02WOCNHK01 -
93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.02WOCNHK01

Other Counsel Reference: PW20150001HK

Application No.: 15102898.2

AERO COMPRESSION COMBUSTION DRIVE ASSEMBLY
CONTROL SYSTEM

| For Professional Services Rendered | | | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

**Disbursements**

| 10/31/2020 | Maintenance/Annuity Fee. | | 129.39 |
|---|---|---|---|
| | Total Disbursements | | 129.39 |

**Trust Account**

| | | Beginning Balance: | $0.00 |
|---|---|---|---|
| 10/08/2020 | Wire - Annuity Fee - Conf #1008200006 | | 336.42 |
| 02/22/2021 | Refund for funds received post-petition | | -336.42 |
| | | Ending Balance: | $0.00 |

| Total Professional Services and Disbursements | 349.39 |
|---|---|
| **Total Due for this Invoice** | 349.39 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

| | |
|---|---|
| Engineered Propulsion Systems, Inc. | Invoice Date: March 16, 2021 |
| Client Number: 3957 | Invoice Number: 3957.02WOEP - 93135 |

This invoice contains charges through March 16, 2021

| | |
|---|---|
| Our Reference Number: 3957.02WOEP | Other Counsel Reference: 1405799PP/EP |
| Application No.: 12838031.8 | |

AERO COMPRESSION COMBUSTION DRIVE ASSEMBLY
CONTROL SYSTEM

## For Professional Services Rendered

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 9/14/2020 | JHP | Response to EESR. | 0.5/$425 | 212.50 |
| 9/14/2020 | CJH | Prepare response to EESR. | 5.6/$300 | 1,680.00 |
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 2,112.50 |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | 1,772.15 |
| 2/25/2021 | International associate charges for professional services rendered - Docketing response deadline; analysing proposed text for grant. | 438.43 |
| 3/16/2021 | International associate charges for professional services rendered - Receiving and considering your response instructions; preparing and filing a response, including preparing an amended description; reporting the same to you; services performed September 21, 2020. | 1,067.98 |
| | Total Disbursements | 3,278.56 |

## Trust Account

| Date | Description | Amount |
|---|---|---|
| | Beginning Balance: | $275.16 |
| 09/16/2020 | Wire - Engeneered Propulsion - Retainer Conf #0916200045 | 3,700.00 |
| 10/08/2020 | Wire - Annuity Fee - Conf #1008200006 | 1,864.03 |
| 02/22/2021 | Refund for funds received post-petition | -1,864.03 |
| 02/22/2021 | Refund for funds received post-petition | -3,700.00 |
| | Ending Balance: | $275.16 |

| | |
|---|---|
| Total Professional Services and Disbursements | 5,391.06 |
| **Total Due for this Invoice** | 5,391.06 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

---

Engineered Propulsion Systems, Inc.                                    Invoice Date: March 16, 2021
Client Number: 3957                                        Invoice Number: 3957.02WORU - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.02WORU                    Other Counsel Reference: 2410-514958RU

Application No.: 2014117700

AERO COMPRESSION COMBUSTION DRIVE ASSEMBLY
CONTROL SYSTEM

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records accordingly. | Fixed Fee | 220.00 |
| | | | Total Professional Services | 220.00 |

| **Disbursements** | | | |
|---|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | | 144.83 |
| | | Total Disbursements | 144.83 |

| **Trust Account** | | | |
|---|---|---|---|
| | | Beginning Balance: | $0.00 |
| 10/08/2020 | Wire - Annuity Fee - Conf #1008200006 | | 332.93 |
| 02/22/2021 | Refund for funds received post-petition | | -332.93 |
| | | Ending Balance: | $0.00 |

| | | |
|---|---|---|
| Total Professional Services and Disbursements | | 364.83 |
| **Total Due for this Invoice** | | 364.83 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.03WOAU - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.03WOAU

Other Counsel Reference: P108300

Application No.: 2012322066
AN AERODIESEL ENGINE

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

| **Disbursements** | | |
|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | 320.67 |
| | Total Disbursements | 320.67 |

| | |
|---|---|
| Total Professional Services and Disbursements | 540.67 |
| **Total Due for this Invoice** | 540.67 |

Terms: Due 30 days from invoice date

## Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.                    Invoice Date: March 16, 2021
Client Number: 3957                          Invoice Number: 3957.03WOBR - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.03WOBR            Other Counsel Reference: 1120140090386
Application No.: 1120140090386
AN AERODIESEL ENGINE

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

| **Disbursements** | | | |
|---|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | | 87.80 |
| | Total Disbursements | | 87.80 |

Total Professional Services and Disbursements            307.80

**Total Due for this Invoice**            307.80

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.03WOCA - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.03WOCA

Other Counsel Reference: 057105-0002

Application No.: 2,854,230

AN AERODIESEL ENGINE

### For Professional Services Rendered

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| 1/12/2021 | CJH | Review issued foreign country patent; forward same with letter to client and advise of annuity fee schedule; update docket records accordingly. | Fixed Fee | 210.00 |
| | | Total Professional Services | | 430.00 |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | 111.85 |
| 11/16/2020 | International associate charges for professional services rendered - attendance on the file; correspondence regarding issuance of a patent; payment of official fees; monitor patent through issuance; forward issued patent when received. | 410.95 |
| | Total Disbursements | 522.80 |

### Trust Account

| Date | Description | Amount |
|---|---|---|
| | Beginning Balance: | $0.00 |
| 10/08/2020 | Wire - 3957- Multiple Annuity fees Conf#1008200008 | 6,900.00 |
| 02/22/2021 | Refund for funds received post-petition | -6,900.00 |
| | Ending Balance: | $0.00 |

| | |
|---|---|
| Total Professional Services and Disbursements | 952.80 |
| **Total Due for this Invoice** | 952.80 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.03WOCN - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.03WOCN
Application No.: 201280061293.3
AN AERODIESEL ENGINE

Other Counsel Reference: E96332/CN28364

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

| **Disbursements** | | | |
|---|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | | 359.01 |
| | Total Disbursements | | 359.01 |

| | | |
|---|---|---|
| Total Professional Services and Disbursements | | 579.01 |
| **Total Due for this Invoice** | | 579.01 |

Terms: Due 30 days from invoice date

## Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.03WOEPAT01 -
93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.03WOEPAT01

Application No.: 12839362.6

AN AERODIESEL ENGINE

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

| **Disbursements** | | | |
|---|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | | 522.47 |
| | Total Disbursements | | 522.47 |

|  |  |
|---|---|
| Total Professional Services and Disbursements | 742.47 |
| **Total Due for this Invoice** | 742.47 |

Terms: Due 30 days from invoice date

**Patterson Thuente Pedersen P.A.**

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

| | |
|---|---|
| Engineered Propulsion Systems, Inc. | Invoice Date: March 16, 2021 |
| Client Number: 3957 | Invoice Number: 3957.03WOEPCH01 - 93135 |

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.03WOEPCH01

Application No.: 12839362.6

AN AERODIESEL ENGINE

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

| **Disbursements** | | |
|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | 268.86 |
| | Total Disbursements | 268.86 |

| | |
|---|---|
| Total Professional Services and Disbursements | 488.86 |
| **Total Due for this Invoice** | 488.86 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.03WOEPDE01 -
93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.03WOEPDE01

Application No.: 12839362.6

AN AERODIESEL ENGINE

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

| **Disbursements** | | | |
|---|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | | 368.83 |
| | Total Disbursements | | 368.83 |

| | |
|---|---|
| Total Professional Services and Disbursements | 588.83 |
| **Total Due for this Invoice** | 588.83 |

Terms: Due 30 days from invoice date

## Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.03WOEPFR01 -
93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.03WOEPFR01

Application No.: 12839362.6

AN AERODIESEL ENGINE

| For Professional Services Rendered | | | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

**Disbursements**

| | | | |
|---|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | | 235.76 |
| | Total Disbursements | | 235.76 |

| | |
|---|---|
| Total Professional Services and Disbursements | 455.76 |
| **Total Due for this Invoice** | 455.76 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.03WOEPGB01 - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.03WOEPGB01

Application No.: 12839362.6

AN AERODIESEL ENGINE

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

| **Disbursements** | | | |
|---|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | | 221.13 |
| | Total Disbursements | | 221.13 |

| | | |
|---|---|---|
| Total Professional Services and Disbursements | | 441.13 |
| **Total Due for this Invoice** | | 441.13 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

| | |
|---|---|
| Engineered Propulsion Systems, Inc. | Invoice Date: March 16, 2021 |
| Client Number: 3957 | Invoice Number: 3957.03WOEPIT01 - 93135 |

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.03WOEPIT01

Application No.: 12839362.6

AN AERODIESEL ENGINE

| For Professional Services Rendered | | | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

| **Disbursements** | | | |
|---|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | | 274.47 |
| | Total Disbursements | | 274.47 |

| | |
|---|---|
| Total Professional Services and Disbursements | 494.47 |
| **Total Due for this Invoice** | 494.47 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.03WORU - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.03WORU

Other Counsel Reference: 2412/515058RU

Application No.: 2014118576

AN AERODIESEL ENGINE

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 10/31/2020 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

| **Disbursements** | | |
|---|---|---|
| 10/31/2020 | Maintenance/Annuity Fee. | 112.96 |
| | Total Disbursements | 112.96 |

| | |
|---|---|
| Total Professional Services and Disbursements | 332.96 |
| **Total Due for this Invoice** | 332.96 |

Terms: Due 30 days from invoice date

## Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.07WOBR01 - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.07WOBR01

Other Counsel Reference: 202000045

Application No.: 1120200013048

ENHANCED AERO DIESEL ENGINE

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 1/31/2021 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

| **Disbursements** | | | |
|---|---|---|---|
| 1/31/2021 | Renewal Fee. | | 171.09 |
| | Total Disbursements | | 171.09 |

| **Trust Account** | | | |
|---|---|---|---|
| | Beginning Balance: | | $0.00 |
| 01/28/2021 | Wire - Renewal Fee | | 379.39 |
| 02/22/2021 | Refund for funds received post-petition | | -379.39 |
| | Ending Balance: | | $0.00 |

| | Amount |
|---|---|
| Total Professional Services and Disbursements | 391.09 |
| **Total Due for this Invoice** | 391.09 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.07WOCA01 - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.07WOCA01

Other Counsel Reference: 0057105-00003

Application No.: 3,070,483

ENHANCED AERO DIESEL ENGINE

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 1/31/2021 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

| **Disbursements** | | | |
|---|---|---|---|
| 1/31/2021 | Renewal Fee. | | 250.43 |
| | Total Disbursements | | 250.43 |

| **Trust Account** | | | |
|---|---|---|---|
| | | Beginning Balance: | $0.00 |
| 01/28/2021 | Wire - Renewal Fee | | 444.22 |
| 02/22/2021 | Refund for funds received post-petition | | -444.22 |
| | | Ending Balance: | $0.00 |

| | | |
|---|---|---|
| Total Professional Services and Disbursements | | 470.43 |
| **Total Due for this Invoice** | | 470.43 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

---

Engineered Propulsion Systems, Inc.                    Invoice Date: March 16, 2021
Client Number: 3957                    Invoice Number: 3957.07WOEP01 - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.07WOEP01                    Other Counsel Reference: AD1307 EP S5
Application No.: 18835228.0
ENHANCED AERO DIESEL ENGINE

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 1/31/2021 | CJH | Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records  accordingly. | Fixed Fee | 220.00 |
| | | Total Professional Services | | 220.00 |

| **Disbursements** | | | |
|---|---|---|---|
| 1/31/2021 | Renewal Fee. | | 933.44 |
| | Total Disbursements | | 933.44 |

| **Trust Account** | | |
|---|---|---|
| | Beginning Balance: | $0.00 |
| 01/28/2021 | Wire - Renewal Fee | 954.79 |
| 02/22/2021 | Refund for funds received post-petition | -954.79 |
| | Ending Balance: | $0.00 |

| | Amount |
|---|---|
| Total Professional Services and Disbursements | 1,153.44 |
| **Total Due for this Invoice** | 1,153.44 |

Terms: Due 30 days from invoice date

# Patterson Thuente Pedersen P.A.

4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402

---

Engineered Propulsion Systems, Inc.
Client Number: 3957

Invoice Date: March 16, 2021
Invoice Number: 3957.07WOIN01 - 93135

This invoice contains charges through March 16, 2021

Our Reference Number: 3957.07WOIN01                           Other Counsel Reference: IP52395/PJ

Application No.: 202017007206

ENHANCED AERO DIESEL ENGINE

| **For Professional Services Rendered** | | | **Hours/Rate** | **Amount** |
|---|---|---|---|---|
| 9/17/2020 | RKT | Review international associate communication; provide required status chart for filing in India. | 0.5/$130 | 65.00 |
| | | Total Professional Services | | 65.00 |

| **Trust Account** | | | |
|---|---|---|---|
| | | Beginning Balance: | $0.00 |
| 11/23/2020 | Check #267 - Review published application and reporting | | 350.00 |
| 02/24/2021 | Refund for funds received post-petition | | -350.00 |
| | | Ending Balance: | $0.00 |

| | Amount |
|---|---|
| Total Professional Services and Disbursements | 65.00 |
| **Total Due for this Invoice** | 65.00 |

Terms: Due 30 days from invoice date

# Exhibit B

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br><br>ENGINEERED PROPULSION SYSTEMS, INC.,<br><br>Debtor. | Case No. 20-11957-gmh<br>Chapter 11 |

## SUMMARY OF PROFESSIONAL PROVIDING SERVICES TO THE DEBTOR (FIRST INTERIM SUMMARY)

Name of Applicant:    Patterson Thuente Pedersen P.A.

Role in Case:    Intellectual Property Special Counsel for Debtor and Debtor in Possession

## CURRENT APPLICATION:

Fees Requested:    $9,257.50

Expenses Requested:  $18,909.86

| NAME OF PROFESSIONAL | YEAR ADMITTED TO PRACTICE | HOURS BILLED | HOURS BILLED CURRENT APPLICATION | FIXED FEE BILLING | RATE | TOTAL AMOUNT BILLED |
|---|---|---|---|---|---|---|
| James H. Patterson, Partner | 1981 | 0.5 | $212.50 | $0 | $425 | $212.50 |
| James P. Rieke, Partner | 2006 | 0 | $0 | $0 | $325 | $0 |
| Christian J. Hansen, Partner | 2012 | 7.1 | $2,130.00 | $6,850.00 | $300 | $8,980.00 |
| Valerie P. Mitchell, Paralegal | | 0 | $0 | $0 | $125 | $0 |
| Ralynn K. Thompson, Paralegal | | 0.5 | $65 | $0 | $130 | $65.00 |
| **Total** | | **8.1** | **$3,407.50** | **$6,850** | | **$9,257.50** |

**TOTAL BLENDED HOURLY RATE: (excluding paraprofessionals): $362.50**

**STANDARD FIXED FEE RATES (PATENT PROSECUTION)**

| DESCRIPTION | $Amount |
|---|---|
| **U.S. FILINGS** | |
| Prepare and file Design patent application; forward application papers with letter to client. (Attending to drawings and figures charged hourly.) | $995 |
| Prepare and file Divisional/Continuation application; forward application papers with letter to client. (Does not include preparation of new claim sets, charged hourly.) | $400 |
| Prepare and file Request for Continued Examination (RCE) including request to enter unentered amendment. (Does not include preparation of new claim sets, charged hourly.) | $185 |
| Prepare and file Information Disclosure Statement; forward same with letter to client. | Hourly |
| Prepare and file Information Disclosure Statement disclosing references cited in foreign search report; forward same with letter to client. (Price varies on number of pages of form 1449. Does not include related case review, charged hourly.) | $250 - $500 |
| Prepare and file Information Disclosure Statement citing references in related U.S. application; forward same with letter to client. (Price varies on number of pages of form 1449. Does not include related case review, charged hourly.) | $250 - $500 |
| Review Filing Receipt; forward same with letter to client; update docket records. | $100 |
| Review Provisional Application Filing Receipt; forward same with letter to client; update docket records. | $60 |
| Prepare and file Request for Corrected Filing Receipt. | $225 |
| File Assignment for Recordation from the parent application, including Recordation Cover Sheet for continuation/divisional application. | $115 |
| Prepare and file patent Assignment for Recordation, including Recordation Cover Sheet. | $245 |
| Prepare and file Declaration with U.S. Patent and Trademark Office. | $80 |
| Prepare and file Power of Attorney with U.S. Patent and Trademark Office. | $80 |
| Prepare and file Declaration and Power of Attorney with U.S. Patent and Trademark Office. | $160 |
| Prepare and file Response to Notice to File Missing Parts in Nonprovisional patent application. | $185 |
| Review published application and forward copy to client; update docket records. | $155 |
| Review pending application and docket record; letter to client indicating deadline for filing foreign patent applications with benefit of U.S. application filing date. | $75 |
| Preparation and filing of Status Inquiry. | N/C |

| DESCRIPTION | $Amount |
| --- | --- |
| Review pending Provisional patent application and docket record; letter to client indicating deadline for filing Non-Provisional U.S. patent application and/or foreign patent applications claiming priority to the Provisional patent application. | $75 |
| Complete pre-issuance review of file including review of assignment recordation completeness of information disclosure statement filings, examiner interview summary records as appropriate, examiner reasons for allowance as appropriate, review formal drawings, review claims as allowed in notice of allowance with claims pending in application, review priority claim and priority copy as filed with U.S. Patent Office. | Hourly |
| Review and forward Issue Notification to client; forward information re patent marking; docket maintenance fee deadlines. | $225 |
| Review and forward Issue Notification for design application to client; forward information re patent marking; update docket records. | $115 |
| Prepare and file issue fee and Issue Fee Transmittal documents; letter to client re same. | $155 |
| Review issued U.S. Certificate of Letters Patent for design patent; review bibliographic information, claims and drawings for potential need for a certificate of correction; forward Letters Patent to client with letter related to grant. | $225 |
| Review issued U.S. Certificate of Letters Patent and maintenance fee schedule; review bibliographic information, claims and drawings for potential need for a certificate of correction; forward Letters Patent to client with letter outlining marking and maintenance fee requirements. | $250 |
| Obtain and forward certified copy of the priority document to the U.S. Patent and Trademark Office. | $115 |
| Prepare and file Petition for Certificate of Correction. | N/C |
| Audit patent term adjustment calculation from patent office and prepare report documenting results; letter to client re term adjustment award, audit and recommendations related to the same. (Standard charge of $180 with a $45 disbursement.) | $225 |
| Letter to client re opportunity to file a broadening reissue. | N/C |
| Prepare and file documents to effect PCT national stage in United States Patent Office; update docket records accordingly. | $1150 |
| Prepare and file foreign-origin, non-PCT patent application and related documents in United States Patent Office; update docket records accordingly. (Revise specifications to conform to US practice in excess of minor revisions charged hourly.) | $1150 |
| Prepare and file Response to Notice to File Missing Requirements. | $185 |
| INTERNATIONAL FILINGS | |
| Prepare documents and send with instructions to international associate to file patent application in foreign country from U.S. priority documents; correspondence with foreign associate re filing of application; order drawings and certified copy of priority document; update docket records accordingly. | $1140 |

| DESCRIPTION | $Amount |
|---|---|
| Prepare documents and send with instructions to international associate to file Design patent application in foreign country from U.S. priority documents; correspondence with foreign associate re filing of application; order drawings and certified copy of priority document; update docket records accordingly. | $650 |
| Review registration certificate for issued foreign design registration; forward same with letter to client and advise of renewal deadlines; update docket records according. | $210 |
| Prepare documents and send with instructions to international associate to file PCT National Stage application from priority documents for filing in foreign country; correspondence with international associate re filing application; update docket records accordingly. | $995 |
| Review issued foreign country patent; forward same with letter to client and advise of annuity fee schedule; update docket records accordingly. | $210 |
| Review correspondence and EPC 161/162 Communication received from international associate; correspondence with client re EPC 161/162 Communication, currently pending claim set, and response deadline. (Response charged hourly.) | $115 |
| Review correspondence and filing receipt from international associate; correspondence with client re filing receipt, application filing details, and country specific formalities; update docket records accordingly. | $115 |
| Review filing receipt from International Receiving Office for PCT application; forward same with letter to client; update docket records. | $115 |
| Review published foreign application and forward copy to client; update docket records. | $155 |
| Review and forward copy of PCT international search report and written opinion to client. | $310 |
| Request examination; status review of related patent applications in other countries for new reference citations and associated Amendments; correspondence with foreign associate; update docket records. | $375 |
| Review correspondence from international associate; correspondence with client re publication, opportunity for obtaining provisional protection, and opportunity to obtain Hong Kong registration through U.K. or Chinese designation; update docket records accordingly. | $155 |
| Prepare and send instructions to international associate to process registration of patent application in Hong Kong; update docket records. | $150 |
| Review correspondence and Intent to Grant received from international associate; correspondence with client re Intent to Grant and request instructions re filing of translations, payment of grant fees, approval of Examiner's proposed amended text, approval of bibliographic data, and confirmation of countries for validation; update docket records accordingly. | $225 |

| DESCRIPTION | $Amount |
|---|---|
| Review correspondence and Extended European Search Report (EESR) received from international associate; locate and download references cited in EESR; correspondence with client enclosing EESR and advising of deadline to file a response, as well as applicants' intention to proceed with EP application; update docket records accordingly. | $310 |
| Review docket records; letter to client re requirement to file Request for Examination. | $75 |
| Prepare instructions to international associate re payment of issue fee. | $115 |
| Prepare and send instructions to international associate re payment of grant fees, filing of translations, and approval or changes to bibliographic data and Examiner's proposed amended text; update docket records accordingly. | $115 |
| Communication with client confirming completion of EP grant formalities including payment of grant and translation fees and reminder re upcoming divisional and validation deadlines if instructions not already sent. (Divisional filing instructions charged hourly.) | N/C |
| Review correspondence and Decision to Grant received from international associate; communication with client re Decision to Grant; update docket records accordingly. | $115 |
| Prepare and send validation instructions to international associate. | $115 |
| Correspondence with client confirming completion of validation in chosen countries; update docket records for the corresponding countries. | N/C |
| Review correspondence and EP Certificate of Patent Grant received from international associate; communication with client forwarding EP Certificate of Patent Grant and advising of annuity fee requirements; update docket records accordingly. | $115 |
| Review correspondence and EPO Communication received from international associate re expiry of the time limit which notice of opposition may be filed; communication with client re expiry of the time limit which notice of opposition may be filed; update docket records accordingly. | $75 |
| Prepare and file Response to Notice to File Missing Requirements. | $185 |
| Prepare and file previously prepared U.S. patent application as Patent Cooperation Treaty (PCT) application in International Receiving Office; update docket records accordingly. | $1275 |
| Review Filing Receipt and Notice of Acceptance; forward same with letter to client; update docket records. | $200 |
| Letter to client indicating deadline for filing Demand for Preliminary Examination; review docket records accordingly. | $155 |
| Review International Preliminary Report on Patentability received from PCT Office; forward same with letter to client. | $210 |
| Prepare and file Chapter II Demand for Preliminary Examination. | $525 |
| Letter to client indicating deadline for filing national stage applications based on PCT application; review docket records accordingly. | $75 |

| DESCRIPTION | $Amount |
|---|---|
| **MISCELLANEOUS** | |
| Review request for information re accountant's audit of client's accounts; review internal records accordingly; reply letter to auditors. | $535 |
| **MAINTENANCE & ANNUITY FEES** | |
| Communication to client indicating deadline for payment of maintenance fee; attend to payment of maintenance fee; review and update docket records accordingly. (Client only billed if client wants the maintenance fee paid.) | $315 |
| Communication to client indicating deadline for payment of annuity fee; attend to payment of annuity fee; review and update docket records accordingly. (Client only billed if client wants the annuity fee paid.) | $220 |

## STANDARD FIXED RATES (U.S. TRADEMARK)

| DESCRIPTION | $Amount |
|---|---|
| **IN USE FILING** | |
| Prepare and file trademark application for federal registration of mark with USPTO under one class. | $925 |
| Prepare and file trademark application for additional class for federal registration of mark with USPTO. | $180/class |
| Review filing receipt for accuracy and to report to client. | $115 |
| Counsel regarding international filing options. | N/C |
| Review mark as published in the Official Gazette for accuracy and report to client; provide counsel regarding opposition and allowance procedures. | $175 |
| Review issued Certificate of Registration for mark and | |
| report to client; advise of marking requirements and renewal schedule. | $320 |
| **INTENT TO USE FILING** | |
| Prepare and file trademark application for federal registration of mark with USPTO under one class. | $925 |
| Prepare and file trademark application for additional class for federal registration of mark with USPTO. | $180/class |
| Review filing receipt for accuracy and to report to client. | $115 |
| Counsel regarding international filing options. | N/C |
| Review mark as published in the Official Gazette for accuracy and report to client. | $175 |
| Review Notice of Allowance for mark for accuracy; and report to client and advise of Statement of Use deadlines. | $225 |
| Prepare and file Statement of Use for mark in one class. | $450 |
| Prepare and file additional class of Statement of Use. | $120/class |
| Report acceptance of Statement of use to client. | $115 |
| Review issued Certificate of Registration for mark and report to client; advise of marking requirements and renewal schedule. | $320 |

| DESCRIPTION | $Amount |
|---|---|
| **MAINTENANCE** | |
| Advise client of requirement for filing Declaration under Section 8. | N/C |
| Prepare and file Declaration under Section 8 for mark under one class. | $475 |
| Prepare and file Declaration under Section 8 for mark under additional class. | $120/class |
| Prepare and file Declaration under Section 15 for mark for one class. | $450 |
| Prepare and file Declaration under Section 15 for mark under additional class. | $120/class |
| Prepare and file Combined Declaration under Sections 8 and 15 for mark under one class. | $725 |
| Prepare and file Combined Declaration under Sections 8 and 15 for mark under additional class. | $120/class |
| Review correspondence from USPTO regarding acceptance of Combined Declaration under Sections 8 and 15 and report to client. | $200 |
| Prepare and file Declaration application for renewal under Sections 8 and 9 for mark and docket next renewal deadline. | $850 |
| Prepare and file additional class of Declaration application for renewal under Sections 8 and 9 for mark and docket next renewal deadline. | $195/class |
| Review Certificate of Renewal for Mark and forward to client. | $200 |
| **TRADEMARK** | |
| Office Action Reporting. Review Office Action from USPTO and report to client. | Hourly |
| Office Action Reporting. Prepare and file Response to Office Action from USPTO. | Hourly |
| Prepare and file Request for Extension of time to file Statement of Use for mark. | $420 |
| Prepare and file Allegation of Use of mark. | $420 |
| Review acceptance of Allegation of Use of mark and report to client. | $115 |
| Prepare and file Assignment of mark for recordation with USPTO. | $320 |
| Review recorded Assignment and forward to client. | $130 |
| Filing of name change or certificate of merger for recordation with USPTO. | $150 |
| Correspond with legalization specialist requesting an apostile, certificate of legalization of documents. | $125 |
| Review marks published in Official Gazette and file request for 30-day extension of time to oppose registration; prepare letter to client regarding opposition proceedings and update docket record. | $75 |
| Prepare and file application to protect mark in Trademark Clearinghouse. | $175 |
| Prepare and file renewal application to protect mark in Trademark Clearinghouse. | $175 |
| Prepare and file Extension of Time to file opposition and report to client. | $190 |
| Prepare estimate of work for opposition and provide to client. | N/C |

21591579v1

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

In re:

ENGINEERED PROPULSION
SYSTEMS, INC.,

Debtor.

Case No. 20-11957-gmh
Chapter 11

## CERTIFICATE OF SERVICE

On April 16, 2021, I, Cynthia L. Hegarty, caused a copy of the foregoing documents:

1.     FIRST INTERIM APPLICATION OF PATTERSON THUENTE PEDERSON,
       P.A. AS INTELLECTUAL PROPERTY SPECIAL COUNSEL TO
       ENGINEERED PROPULSION SYSTEMS, INC., FOR ALLOWANCE OF
       COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
       THE FIRST INTERIM PERIOD OF SEPTEMBER 1, 2020, THROUGH AND
       INCLUDING MARCH 16, 2021; and
2.     NOTICE OF FIRST INTERIM APPLICATION OF PATTERSON THUENTE
       PEDERSON, P.A. AS INTELLECTUAL PROPERTY SPECIAL COUNSEL TO
       ENGINEERED PROPULSION SYSTEMS, INC., FOR ALLOWANCE OF
       COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
       THE FIRST INTERIM PERIOD OF SEPTEMBER 1, 2020, THROUGH AND
       INCLUDING MARCH 16, 2021

to be served upon the parties shown on the attached Matrix by mailing true and correct copies by

first class mail postage prepaid to each entity named in the attached Matrix and addressed as shown

in the attached Matrix. I further state that the foregoing documents were served via the Court's

CM/ECF electronic noticing system.

Dated this 16th day of April 2021.

WINTHROP & WEINSTINE, P.A.

By: _s/Cynthia L. Hegarty_
     Daniel C. Beck (MN #192053)
     Cynthia L. Hegarty (MN #0294627)
     (admitted pro hac vice)
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Tel: (612) 604 6570
Fax: (612) 604 6980
dbeck@winthrop.com
chegarty@winthrop.com

*Attorneys for Patterson Thuente Pedersen, P.A.*

21612309v1

Label Matrix for local noticing
0758-1
Case 1-20-11957-gmh
Western District of Wisconsin www.wiwb.uscour
Eau Claire
Thu Apr 15 15:59:22 CDT 2021

ASAR Leasing Ltd. d/b/a GM Financial Leasing
P O Box 183853
Arlington, TX 76096-3853

ADT LLC
3190 South Vaughn Way
Aurora, CO 80014-3512

(p)ADT LLC
PAYROLL OPERATIONS
1501 YAMATO RD
BOCA RATON FL 33431-4438

ADT Security Services
P.O. Box 371967
Pittsburgh, PA 15250-7967

AFCO
4501 College Blvd., Suite 320
Leawood, KS 66211-2328

AON Risk Services Central, Inc.
5600 West 83rd Street
8200 Tower, Suite 1100
Minneapolis, MN 55437

AeroResto LLC
P.O. Box 63
New Richmond, WI 54017-0063

Aircraft Certification Consulting
30 Brook Lane
Berlin, MA 01503-1672

Alite GmbH
Attn:  Justus von Wedel
Brauerhof 1
31535, Neustadt am R benberge, GERMANY
Niedersachsen, 31535

American Diesel Tube Corp.
1240 Capitol Drive
Addison, IL 60101-5375

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Family Insurance
Attn: Tammy Belisle
228 Pepperjack Drive, Suite 5
New Richmond, WI 54017-2431

Anderson Family Trust
c/o Elaine Anderson
1792 95th Street
New Richmond, WI 54017-6306

Theresa M. Anzivino
U.S. Department of Justice
222 West Washington Avenue
Suite 700
Madison, WI 53703-2775

BEI Realty LLC
Attn:  Michael Falbo
7401 W. Morningside Court
Franklin, WI 53132-2708

Bakke Norman S.C.
Attn: Timothy O'Brien
1200 Heritage Drive
New Richmond, WI 54017-2501

Bayban
Attn:  Tom Elbert
950 North Highway 95
Bayport, MN 55003-1014

Daniel C. Beck
Winthrop & Weinstine, P.A.
225 South 6th St., Suite 3500
Minneapolis, MN 55402-4629

Belisle Trust
Attn:  Roland Belisle
2001 County Road C
Somerset, WI 54025-7512

Bientz, Thomas and Karen
6809 Grandview Drive
Laramie, WY 82070-5129

Bizal Manufacturing
Attn: Mike Bizal
7880 Ranchers Road NE
Fridley, MN 55432-2575

Blake L. Gelman
1119 43rd Avenue N
Minneapolis, MN 55412-1306

Bosch Aviation Technology LLC
PO Box 2246
32455 W. 12 Mile Rd.
Farmington Hills, MI 48333-9998

Bosch General Aviation Technology GmbH
Goellnergasse 15 -17
A - 1030 Wien
Austria

Bowar, Daylon
3419 Coiunty Road F
Blue Mounds, WI 53517-9616

Bremer Bank National Association
372 St. Peter Street
Saint Paul, MN 55102-1302

Bremer Bank National Association
372 St. Peter street
St. Paul, MN 55102-1302

Brent Wogahn
4619 Old Wells Road
Eau Claire, WI 54703-1828

Brightstar WI Foundation
Attn:  Todd Sobotka
710 N. Plankinton Avenue, Suite 340
Milwaukee, WI 53203-2418

Bryce Revocable Trust
Attn:  Ann E. Brose
1312 89th Street
New Richmond, WI 54017-6958

Bruegger, Michael R.
462 McCutcheon Lane
Hudson, WI 54016-7535


CVAIN #8, LLC
Attn: Pete Marsnik
P.O. Box 3232
Eau Claire, WI 54702-3232

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149

Canon Fnancial Services Inc.
158 Gaither Drive
Mt.Laurel, NJ 08054-1716


Carl Zeiss Industrial Metrology
25065 Network Place
Chicago, IL 60673-1250

Carver, Tanner M.
2007 West 7th Street
New Richmond, WI 54017-6348

Charles A. Baxter Trust
Ottowa Forest Products
1243 Wall Street
Ironwood, MI 49938-1764


Cisco Systems, Inc. (WebEx)
170 West Tasman Drive
San Jose, CA 95134-1706

City of New Richmond
156 E. 1st Street
New Richmond, WI 54017-1802

City of New Richmond
Attn: Treaurer
156 East First Street
New Richmond, WI 54017-1802


Claire Johnson
1546 Grove Street
Cumberland, WI 54829-9198

Clarke, Randy
22870 Tree Tops Court
South Lyon, MI 48178-9445

Cole, Kathryn
1757 St. Andrews Place
New Richmond, WI 54017-6050


Committee on Foreign Investments in the Unit
222 West Washington
Suite 700
Madison, WI 53703-2775

Communication Resources
Attn: David Gustafson
40 High Cliff Lane
Bellingham, WA 98229-7764

Cottor Tree Farms
2622 20th Avenue
Osceola, WI 54020-4151


DMG Mori USA
1286 Park Road suite B
Chanhassen, MN 55317-9260

DMG Mori USA
Lockbox # 773744
350 East Devon Avenue
Itasca, IL 60143-1249

Daniel Dusich
2821 Moroni Point Road
Ely, MN 55731-8414


Dario Horvatinovic
1836 80th Avenue
Dresser, WI 54009-4705

David Reiner
6815 16th Avenue South
Richfield, MN 55423-2729

Delta Dental of WI
N7063 Moonligh Avenue
Holmen, WI 54636-9420


Delta Dental of Wisconsin
PO Box 518
Wisconsin Rapids, WI 54495-0518

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Dewetron
2850 South Country Trail
East Greenwich, RI 02818-1731


Dietermann GmbH
Chemiestrabe 1
41751 Viersen, Germany

Doar, Patrick
P.O. Box 69
New Richmond, WI 54017-0069

Dodge, Delbert and Julie
170A Delander Drive
River Falls, WI 54022-8029

Dodge, Julie C.
170A Delander Drive
River Falls, WI 54022-8029

Douglas Larson
P.O. Box 636
Menomonie, WI 54751-0636

EIS Inserts
Engineered Inserts Systems, Inc.)
200 Cascade Blvd
Milford, CT 06460-8515

EPIC Specialty Benefits
1717 West Broadway
Madison, WI 53713-1834

EPS Engineered Propulsion Systems GmbH,
c/o John P Sieger
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

EPS Engineered Propulsion Systems, Inc.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801-1196

EPS GmbH Germany
Hauptstrasse 65
21399 Burscheid
Germany

ETW, Inc.
1338 Ellis Street, Suite 1
Waukesha, WI 53186-5621

Ed Netherton
1448 Bull Lake Road
Troy, MT 59935

Elizabeth L. Eddy
Steinhilber Swanson LLP
759 N. Milwaukee St.
Suite 305
Milwaukee, WI 53202-3714

Eleven Grand, LLC
Attn: James T. Kunz
1320 Riverside Lane, #103
Saint Paul, MN 55118-1753

Engineered Inserts & Systems, Inc.
200 Cascade Blvd
Milford, CT 06460-8515

Engineered Propulsion Systems, Inc.
625 West Hangar Road, Hanger 11 - 16
New Richmond, WI 54017-6084

Eric M. Lahn
611 4th Street
Clear Lake, WI 54005-8504

Ezra Ostlie
2446 50th Avenue
Woodville, WI 54028-7204

Farm & Home
560 Deere Drive
New Richmond, WI 54017-1253

FedEx
PO Box 94515
Palatine, IL 60094-4515

FedEx Corporate Services Inc.
3965 Airways Blvd
Module G, 3rd Floor
Memphis, TN 38116-5017

FedEx Trade Networks
PO Box 842206
Boston, MA 02284-2206

Feng Liu
48 Harvey Court
Irvine, CA 92617-4070

First National Community Bank
c/o Deanne M. Koll
2919 Schneider Ave.
P.O. Box 280
Menomonie, WI 54751-0280

First National Community Bank
109 East Second Street
New Richmond, WI 54017-1803

Fox Valley Metrology
3114 Medalist Drive
Oshkosh, WI 54902-7103

Fuchs, Michael
327 Kathryn Court
New Richmond, WI 54017-2528

Fusion Metal Products, Inc.
822 North Dakota Avenue
New Richmond, WI 54017-1140

G&G Smith, LLP
Attn:  Gerald Smith
P.O. Box 9
Boyceville, WI 54725-0009

GM Financial
PO Box 78143
Phoenix, AZ 85062-8143

Gary and Sue Roberts
317 South 4th Street
La Crosse, WI 54601-4047

Virginia E. George
Steinhilber Swanson LLP
759 N Milwaukee Street
Suite 305
Milwaukee, WI 53202-3714

Gregg Stone
c/o Kestrel Management
50 Congress Street, Suite 936
Boston, MA 02109-4016

Guelzow Business Development, LLC
S7535 County Road I
Eau Claire, WI 54701-8524

Guinn, Vinopal & Zahradka, LLP
110 East Third Street
New Richmond, WI 54017-1808

Guinn, Vinopal & Zahradka, LLP
Attn: Jaxpm Zahradka
110 East Third Street
New Richmond, WI 54017-1808

Gundrum, Todd
350 Detroit Street, #205
Denver, CO 80206-4348

Harrold, Stephen
1754 220th Avenue
New Richmond, WI 54017-7304

Hartford Fire Insurance Co.
200 Colonial Parkway
Suite 500
Lake Mary, FL 32746

Cynthia L. Hegarty
Winthrop & Weinstine, P.A.
Capella Tower
225 S. 6th Street
Suite 3500
Minneapolis, MN 55402-4629

Heritage-Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693-0001

Higgins, Jonna
909 Cambridge Court
Appleton, WI 54915-2970

Hilligoss II, Don
38569 N. Sugar Lake Road
Cohasset, MN 55721-8929

Hoecksema, Tim and Janis Trust
27421 Hidden River Court
Bonita Springs, FL 34134-2639

Stephanie Hor-Chen
Katten
525 W. Monroe St.
Ste 1900
Chicago, IL 60661-3693

Horace Whitney Boggs III
6439 Birchamwood Road
Shreveport, LA 71106-3301

Huebsch
PO Box 904
Eau Claire, WI 54702-0904

IRS - Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Impact 7
Attn: Brent Gerber
2961 Decker Drive
Rice Lake, WI 54868-7522

Insolvency Unit West 17, Grp 4-Milwaukee
Organization Code: SES:C:AIQ:WI7
211 W. Wisconsin Ave, Stop 5301
Milwaukee, WI 53203-2221

InspectionXpert Corporation
1 Glenwood Ave.
WeWork 5th Floor
Raleigh, NC 27603-2580

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Power Systems, Inc.
NW 7244
PO Box 1450
Minneapolis, MN 55485-1450

James Rice
416 East Page Avenue
Malvern, AR 72104-4248

James Schutte
1708 107th Street
New Richmond, WI 54017-6352

Adam M. Jarchow
Jarchow Law LLC
360 4th Street
Clear Lake, WI 54005-8604

Jason R. Schutte
1708 107th Street
New Richmond, WI 54017-6352

Mary R. Jensen
Office of the United States Trustee
780 Regent Street, Suite 304
Madison, WI 53715-2635

John Grady
323 West Main Street
Ayer, MA 01432-1240

John Hancock Retirement Plan Services
200 Berkeley Street
Boston, MA 02116-5023

Johnson, Tim (T&T Tinquist)
701 Sand Lake Road
Onalaska, WI 54650-2442

Johnson, Wayne and Patricia
1556 84th Street
New Richmond, WI 54017-6438

JunHe LLP
20/F China Resources Building
8 Jianguomenbei Avenue
Beijing 100005, P.R. China

Justus von Wedel
Ricklinger Str. 38
31535 Neustadt, Germany

Justus von Wedel
Ricklinger Street 38
31535 Neustadet GERMANY

Karlis L. Lisovskis
1764 75th Avenue
Osceola, WI 54020-4712

Kathryn R. Cole
1757 St. Andrews Place
New Richmond, WI 54017-6050

Brian Patrick Keenan
Wisconsin Department of Justice
17 W Main St
P.O. Box 7857
Madison, WI 53707-7857

Kern, Gerald S.
109 14 Ave. W
West Fargo, ND 58078-2795

Klasen, Gerald
617 Lake Street N.
Prescott, WI 54021-1420

Deanne M. Koll
2919 Schneider Rd.
P.O. Box 280
Menomonie, WI 54751-0280

Kristen Grubich
1836 80th Avenue
Dresser, WI 54009-4705

Kyle J. Warner
870 88th Avenue
Amery, WI 54001-5366

Lahn, Eric
611 4th Street
Clear Lake, WI 54005-8504

Larry and Jane Weber
1 Emmy Lane
New Paltz, NY 12561-2638

Douglas Lee Larson
P. O. Box 176
Browntown, WI 53522-0176

MSC INDUSTRIAL SUPPLY COMPANY
75 MAXESS ROAD
MELVILLE, NY 11747-3151

MSC Industrial Direct
PO Box 953635
Saint Louis, MO 63195-3635

Magyar Ventures, LLC
5315G FM 1960 West Suite 180
Houston, TX 77069-4403

(p)MANITOU PROPERTIES
156 HIGH STREET
SUITE 100B
NEW RICHMOND WI 54017-1182

Marcus Taylor Trust
Attn: Marcus Taylor
501 Parkshore Drive
Shorewood, IL 60404-9763

Martinsen, Victor
1938 County Road I
Somerset, WI 54025-7259

Mattison, Phillip N.
808 Prospect Avenue
Osceola, WI 54020-8104

Mayer, Paul
1461 Wood Duck Lane
New Richmond, WI 54017-6592

McCormick, Alan
P.O. Box 135
La Crescent, MN 55947-0135

McMillan Aerospace, Inc.
316 High Street
New Richmond, WI 54017-1131

Medica
401 Carlsonb Parkway
Minnetonka, MN 55305-5359

Medica
NW 7958
PO Box 1450
Minneapolis, MN 55485-1450

Melissa L. LaLiberty
1958 West 7th Street
New Richmond, WI 54017-6346

Mertel, Joseph
1142 WINTON RD
WINTON, MN 55796-5500

Meyer, Austin
5001 Radcliffe Road
Columbia, SC 29206-2920

Michael Emerson
940  Brave Drive
Somerset, WI 54025-9028

Michael Fuchs
327 Kathryn Court
New Richmond, WI 54017-2528

Michael Fuchs
625 W Hangar Road 11-16
New Richmond, WI 54017-6084

Michael J. Fuchs
c/o William E. Wallo
Weld Riley, S.C.
3624 Oakwood Hills Parkway
PO Box 1030
Eau Claire, WI 54702-1030

Michael M. Weinzierl Estate
P.O. Box 87
Ely, MN 55731-0087

Michael and Monika Fuchs
327 Kathryn Court
New Richmond, WI 54017-2528

Michael and Monika Fuchs
c/o William E. Wallo
Weld Riley, S.C.
3624 Oakwood Hills Parkway
PO Box 1030
Eau Claire, WI 54702-1030

Michelle Pfaffendorf
304 E. Barker Street
Rice Lake, WI 54868-2624

Moe, Stuart
1944 W. Church Road
Star Prairie, WI 54026-5716

Mojave Air & Space Port
1434 Flight Line
Mojave, CA 93501-2016

Mojave Air & Space Port
Attn: Director of Business Development
1434 Flighline
Mojave, CA 93501-2016

Monarch Ventures
c/o Andrew Kron
500 1st Street
Hudson, WI 54016-1574

Monika Fuchs
327 Kathryn Court
New Richmond, WI 54017-2528

Monika Fuchs
c/o William E. Wallo
Weld Riley, S.C.
3624 Oakwood Hills Parkway
PO Box 1030
Eau Claire, WI 54702-1030

Munson Plumbing Services
PO Box 265
New Richmond, WI 54017-0265

My Fax
2 Gurdwara Road, Suite 300
Ottawa K2E 1A2, Canada

NDI Consultants
14608 Felton Court
Suite 101
Apple Valley, MN 55124-5978

NET AG system integration
Schellerdamm 16
Hamburg 21079
Germany

NET.AG Syatem Integration
Schellerdamm 16
Hamburg 21079
Germany

NRAIN #1 LLC
c/o Paul Mayer
1461 Wood Duck Lane
New Richmond, WI 54017-6592

NRAIN #2 LLC
c/o Paul Mayer
1461 Wood Duck Lane
New Richmond, WI 54017-6592

NRAIN #3 LLC
c/o Paul Mayer
1461 Wood Duck Lane
New Richmond, WI 54017-6592

National Technical Systems
PO Box 733364
Dallas, TX 75373-3364

National Technical Systems Boxborough
1146 Massachusetts Ave.
Boxborough, MA 01719-1415

Nationwide
One Nationwide Gateway Dept 5307
Des Moines, IA 50391-5307

New Richmond Utilities
156 E 1st Street
New Richmond, WI 54017-1802

Nicolas Mahoney
209 Division Street
Woodville, WI 54028-7062

Jennifer K Niemeier
Office of the United States Trustee
780 Regent Street, Suite 304
Madison, WI 53715-2635

Northwest Communications
PO Box 139
Amery, WI 54001-0139

O-Rings, Inc.
PO Box 65675
Los Angeles, CA 90065-0675

OPEN MIND Technologies USA Inc.
1492 Highland Avenue
Unit 3
Needham, MA 02492-2606

Matthew J Olson
Dorsey & Whitney LLP
305 Lytton Avenue
Palo Alto, CA 94301-1431

Oracle (Dyn.com)
One Oracle Drive
Nashua, NH 03062-2833

PRM Global Solutions LLC
1461 Wood Duck Lane
New Richmond, WI 54017-6592

PQ Systems
210 B East Spring Valley Road
Dayton, OH 45458-2653

PQ Systems
PO Box 750010
Dayton, OH 45475-0010

Patricia D. Gruber
1769 Sequoia Lane
New Richmond, WI 54017-6673

Patricia D. Gruber
1769 Sequoia Lnae
New Richmond, WI 54017-6673

Patterson Thuente Pederson P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Paul Boerger Trust
c/o Paul H. Boerger
107 Bridgewater Way, #218
Stillwater, MN 55082-5415

Peter Fong
44284 Navajo Drive
Ashburn, VA 20147-3390

Peter Fong and Ning Liu
44284 Navajo Drive
Ashburn, VA 20147-3390

Peterson, Lowell D.
1860 45th Street
Somerset, WI 54025-7220

Ann Elizabeth Pille
10 S. Wacker Dr., Ste 4000
Chicago, IL 60606-7506

PowWeb
10 Corporate Drive
Suite 300
Burlington, MA 01803-4200

Principal Life insurance Company
711 High Street
Des Moines, IA 50392-0001

Prudential Insurance Company
751 Broad Street
Newark, NJ 07102-3754

Purple Seal Inc.
2121 Co Rd 143
PO Box 283
Clearwater, MN 55320-0283

Ravnikar, Anthony
7699 128th Street W.
Apple Valley, MN 55124-9767

Eliza M. Reyes
Steinhilber Swanson LLP
122 W. Washington, Suite 850
Madison, WI 53703-2732

Rodney Green
4171 County Road 10
Sedgwick, CO 80749-9120

Rose, Carla 8603
FRENCH CURV
EDEN PRAIRIE, MN 55347-5359

Rutan, Dick
P.O. Box 359
Mojave, CA  93502-0359

Ryan O. Jaenke
860 Wilson Street
Wilson, WI 54027

Ryan R. Kuebker
1593 100th Avenue
Hammond, WI 54015-4804

SE Automation
4611 Anderson Avenue
Eau Claire, WI 54703-0587

Sabo, Sharon
145 N. Kihei Road
No. 111
Kihei, HI 96753-8827

Safety Critical Consulting, LLC
W1786 Spruce Road
Pulaski, WI 54162-7460

Saleh Obaid
1209 Bittersweet Road
Eau Claire WI 54701-5605

Schomberg Living Trust
Attn:  Douglas Schomberg
5808 381st Avenue
Burlington, WI 53105-8895

Schroeder, Jon
12901 73rd Avenue N.
Maple Grove, MN 55369-5244

Secretary of Treasury
Treasury Department
1500 Pennsylvania Avenue N.W.
Washington, DC 20220-0001

Securities and Exchange Commission
175 West Jackson Boulevard
Suite 900
Chicago, IL 60604-2908

Shel/Nop Business Solutions LLC
124 East Superior Street
Duluth, MN 55802-2116

Shred-it
28883 Network Place
Chicago, IL 60673-1288

Shaun M. Simma
Simma Flottemesch & Orenstein, Ltd.
901 Marquette Avenue, Suite 2800
Minneapolis, MN 55402-3234

Simma Flottemesch & Orenstein, LTD.
2700 AT&T Tower
901 Marquette Avenue, Suite 2800
Minneapolis, MN 55402-3234

Simma Flottemesch & Orenstein, LTD.
901 Marquette Avenue, Suite 2800
Minneapolis, MN 55402-3234

Skoglund, Linda
1987 104th Street
New Richmond, WI 54017-6039

Skype Communications S.a.r.l
23-29 Rivers de Clausen
Luxembourg, L-2165 Luxembourg

Smith, Michael
W5325 Jane Road
Eau Claire, WI 54701-8681

Soderberg, Hubertina Gill
Tom Schumacher
P.O. Box 308
New Richmond, WI 54017-0308

Soderberg, John D.
550 Pine Ridge Court
New Richmond, WI 54017-2243

Software One, Inc.,
20875 Crossroads Circle
Suite one
Waukesha, WI 53186-4093

Southern California Edison
PO Box 300
Rosemead, CA 91770-0300

Southern California Edison Company
1551 W. San Bernardino Road
Covina CA 91722-3407

Southern Californian Edison
PO Box 300
Rosemead, CA 91770-0300

Spaniol Revocable Trust
c/o Tom Spaniol
747 West Shore Drive
Somerset, WI 54025-6915

Squadron Capital LLC
Reed Smith LLP
10 S. Wacker Drive
40th Floor
Chicago, IL 60606-7506

Starr Indemnity
399 Park Avenue
New York, NY 10022-4614

State of Wisconsin-Department of Administrat
P. O. Box 7857
Madison, WI 53707-7857

Steven M. Weinzierl
732 Hidden Lane
New Richmond, WI 54017-9403

Steven M. Weinzierl
New Richmond, WI 54017

Steven Weinzierl
732 Hidden Lane
New Richmond, WI 54017-9403

Rachel Stoian
Dorsey & Whitney LLP
305 Lytton Avenue
Palo Alto, CA 94301-1431

Stuart Moe
1944 W. Church Road
Star Prairie, WI 54026-5716

Sunrise Certification & Consulting, Inc.
Attn: Susie Knickerbocker
14866 51st Road
Winfield, KS 67156-7006

Swagelok
d/b/a Swagelok Minnesota
321 Lake Hazeltine
Chaska, MN 55318-1033

Sweere, David D.
P.O. Box 163
Perham, MN 56573-0163

James D. Sweet
Steinhilber Swanson LLP
122 West Washington Avenue
Suite 850
Madison, WI 53703-2732

Swenson, Don
36432 Augusta Drive
Battle Lake, MN 56515-9303

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Tanner M. Carver
2007 West 7th Street
New Richmond, WI 54017-6348

The ReliaLife Insurance
PO Box 7903
Madison, WI 53707-7903

Thru, Inc.
909 Lake Carolyn Pkwy
Suite 750
Irving, TX 75039-3907


Tobkin, Ronald
43555 E. Paul Lake Drive
Perham, MN 56573-8618

Tobriner Family Trust
Attn: Matthew Tobriner
113 North Water Street
Chestertown, MD 21620-1529

Gordon J. Toering
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2495


Twin City Angels
c/o John Alexander
2447 Emerald Trail, Suite 100
Minnetonka, MN 55305-1910

Tyler, S. Mark
2466 County Road DD
Woodville, WI 54028-7044

U.S. Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715-2635


US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258-4099

United Gear
1700 Livingstone Road
Hudson, WI 54016-9365

William E. Wallo
Bakke Norman, S.C.
130 S. Barstow Street, Suite 1C
Eau Claire, WI 54701-3650


Warner, Kyle J
870 88th Avenue
Amery, WI 54001-5366

Waterman Sanitation
663 85th Street
Amery, WI 54001-5310

Larry and Jane Weber
Dorsey & Whitney LLP
305 Lytton Avenue
Palo Alto, CA 94301-1431


Weinzierl, Michael E.
5829 N. Bay Ridge Avenue
Whitefish Bay, WI 53217-4602

Whitcomb Revocable Trust
c/o Richard Whitcomb
1420 Hunter Hill Road
Hudson, WI 54016-5842

William Lawson
1917 County Road I
Somerset, WI 54025-7233


Windecker GA Power
Attn: Hang Wei
137 Knob Hill Road
Mooresville, NC 28117-6847

Windecker-Tong Liao
Attn:  Hang Wei
137 Knob Hill Road
Mooresville, NC 28117-6847

Wisconsin Department of Administration
Attn: Fiscal
101 E. Wilson Street, 6th Floor
Madison, WI 53703-3405


Wisconsin Department of Administration
c/o Department of Justice
17 West Main, P.O. Box 7857
Madison, WI 53707-7857

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

Wisconsin Department of Revenue
Central Collection Section
PO Box 8960
Madison, WI 53708-8960


Wisconsin Dept of Workforce Development
Divison of Unemployment Insurance
General Accounting
P.O. Box 7945
Madison, WI 53707-7945

Wisconsin Dept. of Administration
101 E Wilson St, 6th Floor
Madison, WI 53703-3405

XCEL Energy
PO Box 9477
Minneapolis, MN 55484-0001


Xin Zhu and Feng Liu
48 Harvey Court
Irvine, CA 92617-4070

John P. Zahradka
Guinn, Vinopal & Zahradka LLP
110 East Third Street
New Richmond, WI 54017-1808

dbraun99 LLC
Attn: Dave Braun
3113 Cass Trail
Webster, MN 55088-2442

webex.com
PO Box 91232
Chicago, IL 60693-1232

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ADT Security Services                    Manitou Properties                    T- Mobile
1501 Yamato Road                         156 High Street                       PO Box 790047
Boca Raton, FL 33431                     New Richmond, WI 54017                 Saint Louis, MO 63179

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ACAR Leasing Ltd. d/b/a GM Financial Leasi    (u)Bosch General Aviation Technology GmbH    (d)Delta Dental of Wisconsin
P O Box 183853                                   Goellnergasse 15-17                          PO Box 518
Arlington, TX 76096-3853                         Vienna 1030                                  Wisconsin Rapids, WI 54495-0518

(d)Medica                                        (u)NET.AG System Integration                 End of Label Matrix
NW 7958                                          Schellerdamm 16                              Mailable recipients   270
PO Box 1450                                      Hamburg 21079                                Bypassed recipients     5
Minneapolis, MN 55485-7958                                                                    Total                 275