**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

In re:                                                                                          Case No. 20-11957-gmh

**ENGINEERED PROPULSION SYSTEMS, INC.,**                        Chapter 11

  Debtor.

---

### MOTION TO APPEAR PRO HAC VICE

---

Daniel A. Lowenthal of Patterson Belknap Webb & Tyler LLP respectfully requests that this Court grant admission *pro hac vice* in the above-captioned case. I certify that I am an attorney in good standing licensed to practice in New York, and I have been admitted to the United States Courts of Appeal for the Second and Third Circuits and the United States District Courts and Bankruptcy Courts for the Southern, Eastern, and Northern Districts of New York.

Respectfully submitted,

Dated: June 23, 2021
                                        PATTERSON BELKNAP WEBB & TYLER LLP
                                        By:    /s/ Daniel A. Lowenthal
                                                  Daniel A. Lowenthal
                                        1133 Avenue of the Americas
                                        New York, NY  10036
                                        Telephone:    212.336.2720
                                        Facsimile:      212.336.1253
                                        Email:            dalowenthal@pbwt.com

*Attorneys for General Atomics Aeronautical Systems, Inc.*